*April 17, 2017*

2017-Ohio-1411.]

**2017–0474. McGirr v. Winkler.**
In Prohibition. On relators' motion for emergency stay. Motion granted. On motion for leave of Eric W. Goering, assignee of Waite, Schneider, Bayless & Chesley Co., L.P.A., to intervene as respondent. Motion granted. Relators may file a response to the motion to dismiss within the timeframe permitted by the Rules of Practice.

O'DONNELL and KENNEDY, JJ., dissent in part and would deny the motion to dismiss and would grant an alternative writ.

O'NEILL, J., not participating.

*April 19, 2017*

2017-Ohio-1427.]

**2016–1583. State ex rel. McCuller v. Eppinger.**
In Habeas Corpus. Sua sponte, cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2016–1770. State ex rel. White v. Adult Parole Bd.**
In Mandamus. On S.Ct.Prac.R. 12.04 determination. Cause dismissed.

KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

O'CONNOR, C.J., and O'DONNELL, J., dissent and would grant an alternative writ.

**2016–1847. May v. Delaware Cty. Court of Common Pleas, Juvenile Div.**
In Prohibition. On respondents' motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2016–1850. State ex rel. Smith v. Dept. of Rehab. & Corr.**
In Mandamus. On S.Ct.Prac.R. 12.04 determination. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2016–1862. Bedell v. Portage Cty. Court of Common Pleas.**
In Mandamus. On respondent's motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2016–1907. In re Apparent Violation & Intent to Assess Forfeiture of Wylie.**
Public Utilities Commission, No. 15–2029–TR–CVF. On appellant's motion to transfer appeal. Motion denied. On appellee's motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0030. State ex rel. Alexander v. McGinty.**
In Mandamus and Procedendo. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.